## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

SEP 2 2 2014

PER_____

DEPUTY CLERK

| | | |
|---|---|---|
| ANTOINETTE SMITH, | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-1667 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | (Magistrate Judge Schwab) |
| Commissioner of Social Security | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 22ⁿᵈ day of September, 2014, for the reasons set forth in

the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's Objections, (Doc. 18), are **OVERRULED**;

2.  The Report and Recommendation, (Doc. 17), issued by Magistrate
    Judge Susan E. Schwab is **ADOPTED**;

3.  Plaintiff's appeal from the Commissioner's decision is **GRANTED**;

4.  The decision of the Commissioner of Social Security denying
    Plaintiff supplemental security income is **VACATED**;

5.  The case is **REMANDED** to the Commissioner for further
    proceedings; and

6.  The Clerk of Court shall **CLOSE** this case.

United States District Judge